# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| JACQUELINE KING-TOLIVER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UT MEDICAL GROUP, INC. d/b/a ) <br> UNIVERSITY CLINICAL HEALTH, ) <br> ) <br> Defendant. ) | No.: 2:21-cv-02131-SHM-tmp <br><br> JURY DEMANDED |

## NOTICE OF SERVICE OF DEFENDANT'S INITIAL DISCLOSURES

Defendant UT Medical Group, Inc. d/b/a University Clinical Health ("Defendant" or "UCH") hereby gives notice of service of its Rule 26(a)(1)(A) Initial Disclosures upon Counsel for Plaintiff Jacqueline King-Toliver on June 15, 2021.

Respectfully submitted,

/s/ Shayna A. Giles
Whitney M. Dowdy (#24985)
Shayna A. Giles (#36023)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
(901) 526-2000
(901) 577-2303 – Facsimile
wdowdy@bakerdonelson.com
sgiles@bakerdonelson.com
*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing has been served via ECF filing and/or electronic mail, this the 24th day of June 2021 to:

Kristy L. Bennett
Tressa V. Johnson
JOHNSON & BENNETT, PLLC
1331 Union Ave., Ste. 1226
Memphis, TN 38104
(901) 402-6830
(901) 462.8629 fax
kristy@myjbfirm.com
tressa@myjbfirm.com
*Attorneys for Plaintiff*

                                      /s/ *Shayna A. Giles*