IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION


JACQUELINE KING-TOLIVER                                    PLAINTIFF

v.                         CIVIL ACTION NO.  2:21-cv-2131-SHM-tmp

UT MEDICAL GROUP d/b/a
UNIVERSITY CLINICAL HEALTH                                  DEFENDANT


**NOTICE OF SERVICE OF PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS PROPOUNDED TO DEFENDANT**

PLEASE TAKE NOTICE that Plaintiff has this day served the following:

1. Plaintiff's First Set of Interrogatories Propounded to the Defendant, and

2. Plaintiff's First Set of Requests for Production of Documents Propounded to Defendant.

The original pleading is being retained in the possession of counsel for the Plaintiff.


THIS the 30th day of September, 2021.

                Respectfully submitted,

                Jacqueline King-Toliver

                /s/ Tressa V. Johnson
                Kristy L. Bennett, TN BPR #30016
                Tressa V. Johnson, TN BPR #26401
                JOHNSON & BENNETT, PLLC
                1407 Union Ave., Ste. 807
                Memphis, TN 38104
                (901) 402-6601
                tressa@myjbfirm.com
                kristy@myjbfirm.com

## **CERTIFICATE OF SERVICE**

      I, Kristy L. Bennett, one of the attorneys for the Plaintiff, do hereby certify that I have this day served via ECF filing or by electronic mail, a true and correct copy of the above and foregoing document to the following counsel of record:

Whitney M. Dowdy and
Shayna A. Giles
Baker, Donelson, Bearman,
Caldwell & Berkowitz
165 Madison Avenue, Suite 2000
Memphis, TN 38103

THIS the 30th day of September, 2021.

                                        /s/ Tressa V. Johnson
                                        Kristy L. Bennett